UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form on

miscellaneous case number 1:21-mc-0002.

**ATTORNEY INFORMATION**

Full Name: Evan Miles Goldberg   SDNY Bar Code: 5362942

Firm/Company Name: Evan Miles Goldberg PLLC

Address: 400 East 57th Street, Ste. 8F

City: New York   State: NY 10022   Zip:

Phone: (212) 888-6497   Email: egoldberg@emglawfirm.com

Date of Admission to the Southern District of NY: 30 June 2020

Requesting: [✔] Certificate   [ ] Wall Certificate

Signature of Attorney: *Evan Goldberg*

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[ PRINT ]