UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING OR A WALL CERTIFICATE

File this request form on

miscellaneous case number 1:21-mc-0002.

**ATTORNEY INFORMATION**

Full Name: Andrew Gish
SDNY Bar Code: AG2013
Firm/Company Name: Gish PLLC
Address: 41 Madison Avenue, Floor 31
City: New York
State: NY
Zip: 10010
Phone: (212) 518 ---- 7380
Email: andrew@gishpllc.com
Date of Admission to the Southern District of NY: 03/26/2013

Requesting: [✔] Certificate   [ ] Wall Certificate

Signature of Attorney: _[signature]_

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]