UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form on

miscellaneous case number 1:21-mc-0002.

**ATTORNEY INFORMATION**

Full Name: Daniel Stuart Alter       SDNY Bar Code: DA 7158

Firm/Company Name: Yankwitt LLP

Address: 140 Grand Street, Suite 705

City: White Plains       State: New York       Zip: 10601

Phone: (914) 686 ---- 1500       Email: daniel@yankwitt.com

Date of Admission to the Southern District of NY: June 1992

Requesting: [✓] Certificate    [ ] Wall Certificate

Signature of Attorney: _[signature]_

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]