UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

# REQUEST FOR A CERTIFICATE OF GOOD STANDING

# OR A WALL CERTIFICATE

File this request form on

miscellaneous case number 1:21-mc-0002.

**ATTORNEY INFORMATION**

Full Name: Erdal Ayhan Turnacioglu        SDNY Bar Code: ET9047

Firm/Company Name: Keenan & Doris, LLC

Address: 71 Union Avenue, Suite 105

City: Rutherford        State: New Jersey        Zip: 07070

Phone: (201) 355-8110        Email: eturnacioglu@keenandoris.com

Date of Admission to the Southern District of NY: 12/15/2010

Requesting:   [✓] Certificate      [ ] Wall Certificate

Signature of Attorney: _[signature]_

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.

[PRINT]