UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
WWW.NYSD.USCOURTS.GOV
500 PEARL STREET, NEW YORK, NY 10007
300 QUARROPAS STREET, WHITE PLAINS, NY 10601

## REQUEST FOR A CERTIFICATE OF GOOD STANDING

## OR A WALL CERTIFICATE

File this request form on

miscellaneous case number 1:21-mc-0002.

**ATTORNEY INFORMATION**

Full Name: Evan Miles Goldberg    SDNY Bar Code: 536942
Firm/Company Name: Evan Miles Goldberg, PLLC
Address: 400 East 57th Street, Ste. 8F
City: New York    State: New York    Zip: 10022
Phone: (718) 880-6497    Email: egoldberg@emglawfirm.com
Date of Admission to the Southern District of NY: 06/30/2020

Requesting: (Certificate)    Wall Certificate

Signature of Attorney: [signed] Evan Goldberg

**New info:** Attach this pdf to your electronic request for Certificate of Good Standing or Wall Certificate. Also, payment of the fee shall be paid via pay.gov within the event request. If you need assistance with filing this document, see our website for further instructions.